Case 0:19-cr-60109-RAR Document 5 Entered on FLSD Docket 04/30/2019 Page 1 of 4

Apr 30, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

19-60109-CR-UNGARO/HUNT
18 U.S.C. § 875(c)

UNITED STATES OF AMERICA

vs.

JOHN JOSEPH KLESS,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Transmitting Threats Through Interstate Communications
### (18 U.S.C. § 875(c))

On or about April 16, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOHN JOSEPH KLESS,**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, U.S. Congressman Eric Swalwell, in that in a recorded voicemail left for the Congressman, he stated in part, " ... The day you come after our guns, motherfucker, is the day you'll be dead. Along with everybody in the fucking government, motherfucker ... bitch you're gonna fucking pay for that shit, nigger. You're gonna die, don't wanna, don't do that shit, boy. You'll be your death bed motherfucker, along with all the rest of you Democrats. So if you want death, keep that shit up, motherfucker. ... You motherfuckers are gonna pay for it all, with your fucking blood, bitch," with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### Transmitting Threats Through Interstate Communications
### (18 U.S.C. § 875(c))

On or about April 16, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOHN JOSEPH KLESS,**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, U.S. Senator Corey Booker, in that in a recorded voicemail left for the Senator, he stated in part "… we need to kill all you motherfuckers man, every fucking one of you man … we're going to have a war in this country motherfuckers. You're going to be the motherfuckers that pay. Don't you worry, you government officials will be in the graves where you fucking belong, …" with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>JOHN JOSEPH KLESS</u>

**Case No:** _____

Counts #: 1-2

   <u>Interstate Transmission of Threats</u>

   <u>In violation of Title 18, United States Code, Section 875(c)</u>

**\* Max. Penalty:** Five (5) years' imprisonment; $250,000 fine; and three (3) years' supervised release.

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

  \*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JOHN JOSEPH KLESS,

**Defendant.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

Miami ____   Key West ____
FTL __X__   WPB ____   FTP ____

New Defendant(s) ____ Yes ____ No
Number of New Defendants
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                 (Check only one)

   I    0 to 5 days      __X__            Petty       ____
   II   6 to 10 days     ____             Minor       ____
   III  11 to 20 days    ____             Misdem.     ____
   IV   21 to 60 days    ____             Felony      __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  __NO__  (Yes or No)
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   __Yes__   (Yes or No)
   If yes:
   Magistrate Case No.                          19-06187-MJ-BSS
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of        4/19/2019
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case?   __NO__   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   __X__ No

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0148369

Penalty Sheet(s) attached

REV 4/8/08