UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-60109-CR-RAR

UNITED STATES OF AMERICA,

vs.

JOHN JOSEPH KLESS,

   Defendant.

_____/

AMENDED MOTION FOR PERMISSION TO TRAVEL

**COMES NOW,** the Defendant, JOHN JOSEPH KLESS, by and through undersigned counsel and herby files this Amended Motion for Permission to Travel and states as follows:

1. The Defendant pled guilty to one count of the Indictment, Transmitting Threats Through Interstate Communications, in violation of Title 18, United States Code, Section 875(c) on June 11, 2019.
2. Sentencing is scheduled for August 20, 2019.
3. To counsel's knowledge, the Defendant has been reporting to probation as required, has been attending his counseling sessions, and has had all negative drug screens.
4. The Defendant wishes to visit his mother, who resides in a nursing home, called Life Care Center, located at 450 Shreve St., Punta Gorda, Florida, 33950.
5. The AUSA as well as probation have no objection to this request.
6. The Defendant is requesting to visit his mother on Saturday, July 6, 2019.
7. The Defendant would depart around 7am on July 6, 2019, and return home around 9pm on July 6, 2019.

**WHEREFORE,** the Defendant requests that this Honorable Court grant this Motion to Travel and all other relief deemed just and proper.

                                               Respectfully Submitted,

                                               /s/ John Musca, Esquire
                                               Counsel for the Defendant
                                               Florida Bar No: 163155

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 25th day June, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to received electronically Notices of Electronic Filing.

Respectfully Submitted,

/s/ John Musca, Esquire
Counsel for the Defendant
Florida Bar No: 163155

## SERVICE LIST
USA vs. JOHN JOSEPH KLESS
CASE NO: 19-60109-CR-RAR
United States District Court, Southern District of Florida

John Musca, Esquire
Florida Bar No: 163155
Counsel for the Defendant
523 South Andrews Avenue, Suite 1
Fort Lauderdale, FL 33301
Phone No: (954) 357-0787
Fax No: (954) 514-7365
john@muscalaw.com

Marc Anton, Esquire
United States Attorney's Office
500 East Broward Blvd.
Fort Lauderdale, FL 33394
Phone No: (954) 660-5096
marc.anton@usdoj.gov