UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: **19-60109-CR-RAR**

UNITED STATES OF AMERICA,

vs.

JOHN JOSEPH KLESS,

    Defendant.

_____/

### DEFENDANT JOHN JOSEPH KLESS' OBJECTIONS TO THE DRAFT PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW,** the Defendant, JOHN JOSEPH KLESS, in accordance with the standing order of this Court, and files this, his objections to the Pre-Sentence Investigation Report, prepared by the United States Probation Department. Defendant, JOHN JOSEPH KLESS submits the following objection:

1. A Draft Pre-Sentence Investigation Report, hereafter, "PSR," was filed by the U.S. Probation Office on July 17, 2019.

2. These objections are being filed on July 29, 2019, and thus are timely

3. Paragraph 7: Mr. Kless objects to Paragraph 7 of the Pre-Sentence Investigation Report, which alleges that "since his release on bond, he has tested positive for marijuana seven times. The first five drug screens were positive for marijuana and were initially attributed to pre-arrest drug use. Thereafter, Kless drug tested negative on two occasions followed by two drug tests that were positive for marijuana on May 30, 2019 and June 6, 2019."

- Mr. Kless objects to this paragraph as he maintains he has not used marijuana post-arrest. As an admitted regular and long-time marijuana user prior to his arrest, the marijuana does remain in his body for a significant period of time. There have been no lab reports nor drug test results provided to counsel for Mr. Kless for independent examination.
- Mr. Kless has been continuing to test negative. (See attached)
- The PSR further fails to state with specificity the exact dates of each of the 16 urinalysis screenings. In addition, this is the first time these allegations have been raised by probation to counsel. It was never brought to the attention of the Court, nor the parties by probation, and the alleged positive drug screens occurred prior to the date of the guilty plea.
- Additionally, according to Paragraph 46, Mr. Kless' drug screens have been negative since June 12, 2019. Mr. Kless being negative for marijuana prior to June 6, then positive for marijuana on June 6, but then negative again June 12 casts doubt on the reliability of these results.
- In addition, Mr. Kless has been compliant with all conditions of his release, including participating in an outpatient substance abuse evaluation and counseling program at Compass Health Systems. Mr. Kless has been attending as instructed, as noted in Paragraph 47.

4. Paragraph 19: Mr. Kless objects to Paragraph 19 of the PSR, which states that "The defendant has completed 16 urinalysis screenings at the US Probation Office since being placed under pretrial supervision. The first five drug screens were positive for marijuana and were initially attributed to pre-arrest

drug use. Thereafter, Kless drug tested negative on two occasions followed by two drug tests that were positive for marijuana on May 30, 2019 and June 6, 2019. Kless denied post-arrest drug use. However, Alere Toxicology Services provided an opinion that Kless reused marijuana on numerous occasions since being released from custody. Based upon the defendant's drug use while on pretrial release, no reduction for acceptance of responsibility has been afforded the defendant, pursuant to 3E1.1, comment (1(B)). The probation officer defers further ruling on this adjustment to the Court at the time of sentencing."

- Mr. Kless reiterates the bases for his objections to Paragraph 7, as they are the same for Paragraph 19. Furthermore, Mr. Kless objects to Paragraph 19 in that it fails to award Mr. Kless a level decrease for acceptance of responsibility due to the alleged marijuana use. Mr. Kless should absolutely be given a two-level or three level decrease for acceptance of responsibility, pursuant to 3E1.1, as well as pursuant to the plea agreement entered into by the parties. Mr. Kless through counsel, assisted authorities in the investigation and prosecution of his own misconduct, to wit, Mr. Kless contacted the government very early on in this case to indicate he wished to plead guilty and accept fault for his actions. Thus, Mr. Kless assisted the government in avoiding trial preparation. Mr. Kless truthfully admitted his conduct and provided a statement to the probation office. Mr. Kless has also participated in post-offense rehabilitative efforts, specifically drug treatment and counseling.

        While Mr. Kless disputes the allegation of post-arrest drug use, even if the Court should find Mr. Kless did use marijuana post-arrest, this should not negate his acceptance of responsibility level decrease.

5. <u>Paragraph 23</u>: Mr. Kless objects to Paragraph 23, which states that there is a 6 point victim related adjustment increase, pursuant to 3A1.2(a) and (b). Mr. Kless objects to any level increase under this section, as the parties entered into a factual proffer and plea agreement, which did not apply a 6 level increase under victim related adjustment. Mr. Kless' plea was based in part upon the agreement of the parties. Accordingly, that agreement should be honored as the parties believe it to be an appropriate sentence in this matter.

6. <u>Paragraph 26:</u> Mr. Kless objects to Paragraph 26, which states the adjusted offense level is 18. Mr. Kless and the government agreed via factual proffer and plea agreement that the adjusted offense level is 12. Mr. Kless reiterates his objections to Paragraph 23 and Paragraph 19, which affect the adjusted offense level.

7. <u>Paragraph 28</u>: Mr. Kless objects to Paragraph 28, which allots no level decrease for acceptance of responsibility. Mr. Kless reiterates his basis as stated in his objection to Paragraph 19. Mr. Kless should receive a two-level or three level decrease for acceptance of responsibility.

8. <u>Paragraph 29:</u> Mr. Kless objects to Paragraph 29, which states his total offense level is 18. The parties agreed for a total offense level of 12. Mr. Kless reiterates his objections as stated above regarding the calculation of this total adjusted offense level.

9. <u>Paragraph 46:</u> Mr. Kless objects in part to Paragraph 46, which states again the 16 urinalysis screenings, and furthermore that Mr. Kless has yielded negative results since June 12, 2019. Mr. Kless only objects to the positive drug screens on May 30, 2019 and June 6, 2019, as well as the purported opinion of Alere Toxicology Services that Mr. Kless reused marijuana after his release from custody.

10. <u>Paragraph 54:</u> Mr. Kless objects to Paragraph 54, in that it contains several errors. For Assets, Mr. Kless has one joint savings account, ending in 2760, which currently has an approximate balance of $24,000. Mr. Kless has one joint checking account, ending in 9605, with a current approximate balance of $800. There is no second savings account, nor any savings account with a balance of $13,001.00. These are errors. The other balances are errors as well.

11. <u>Paragraph 55:</u> Mr. Kless objects to Paragraph 55, in that it contains multiple errors and outdated information from several months ago. Mr. Kless maintains that account number ending 2760 is now at around $24,000; that the checking account ending in 9605 is now at approximately $800; and that the account number ending in 1174 is now empty and closed.

12. <u>Paragraph 67:</u> Mr. Kless objects to Paragraph 67, which states Mr. Kless has a guideline range of imprisonment of 27 months to 33 months. Pursuant to the parties' plea agreement, Mr. Kless has a total offense level of 12, and a criminal history category of I, therefore, he is in Zone C, and thus his guideline range is 10 months to 16 months. Pursuant to 5C1.1(d)(2), the Court may sentence Mr. Kless to a sentence of imprisonment that includes a term

of home confinement, of a split sentence of five months followed by five months.

13. Paragraph 68: Mr. Kless objects in part to Paragraph 68, which alleges again that Mr. Kless has used drugs while on pre-trial release. Mr. Kless agrees with the remainder of this paragraph.

14. Paragraph 70: Mr. Kless objects to Paragraph 70, which states there should be a six level increase under 3A1.2(a) and (b). Mr. Kless objects to this finding, and this is not what the parties agreed to.

15. Paragraph 75: Mr. Kless objects to Paragraph 75, which states the applicable guideline range is in Zone D of the Sentencing Table, and that the defendant is thus ineligible for probation under 5B1.1. Mr. Kless stipulates that he is ineligible for probation, but because he is in Zone C, not Zone D.

16. Paragraph 82: Although Mr. Kless does not agree that his total offense level is 18, should this Court find that Mr. Kless' total offense level is greater than 12, Mr. Kless would still submit that he should receive a departure under 5K2.0 (comment 5), Departures Based on Plea Agreements, in that both the AUSA and Mr. Kless entered into a plea agreement, and that should be honored and ratified by the Court. A motion for variance/departure and sentencing memorandum is being filed contemporaneously with these Objections.

17. Counsel has spoken with the Government regarding these Objections and the PSR, and it is the intention of both parties to honor the recommendation in

the plea agreement of 5 months imprisonment followed by 5 months home confinement.

**WHEREFORE**, JOHN JOSEPH KLESS respectfully requests that the Court accept these objections to the Draft Pre-Sentencing Investigation Report.

Respectfully Submitted,

/s/ John Musca, Esquire
Counsel for the Defendant
Florida Bar No: 163155

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 29th day July, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to received electronically Notices of Electronic Filing.

Respectfully Submitted,

/s/ John Musca, Esquire
Counsel for the Defendant
Florida Bar No: 163155

## SERVICE LIST
USA vs. JOHN JOSEPH KLESS
CASE NO: 19-60109-CR-RAR
United States District Court, Southern District of Florida

John Musca, Esquire
Florida Bar No: 163155
Counsel for the Defendant
523 South Andrews Avenue, Suite 1
Fort Lauderdale, FL 33301
Phone No: (954) 357-0787
Fax No: (954) 514-7365
john@muscalaw.com

Marc Anton, Esquire
United States Attorney's Office
500 East Broward Blvd.
Fort Lauderdale, FL 33394
Phone No: (954) 660-5096
marc.anton@usdoj.gov

KLESS, JOHN J, M, 10/17/1969

📞 954-225-3557

340011WPC WESTSIDE PRIMARY CARE
12651 SUNRISE BLVD STE 202, SUNRISE, FL 333230906
📞 954-838-8801

**FINAL RESULT**

| Accession ID MR972452V | Lab Ref ID 1A423989461 |
|---|---|
| Order Date 06/25/2019 | Result Recd 07/05/2019 20:55:02 |
| Coll Date 07/03/2019 11:47:00 | |
| Receiving Physician GOLDSTEIN, ZOIE | Ordering Physician GOLDSTEIN, ZOIE |

# DRUG ABUSE PANEL 10-50 + ETHANOL (Q-2180)

| | NAME | VALUE | LAB |
|---|---|---|---|
| F | PLEASE NOTE: | | AP |
| | * These results are for medical treatment only. * | | |
| | * Analysis was performed as non-forensic testing. * | | |
| F | AMPHETAMINES (1000 ng/mL SCREEN) | NEGATIVE | AP |
| F | BARBITURATES | NEGATIVE | AP |
| F | BENZODIAZEPINES | NEGATIVE | AP |
| F | COCAINE METABOLITES | NEGATIVE | AP |
| F | MARIJUANA METABOLITES (50 ng/mL SCREEN) | NEGATIVE | AP |
| F | METHADONE | NEGATIVE | AP |
| F | METHAQUALONE | NEGATIVE | AP |
| F | OPIATES | NEGATIVE | AP |
| F | PHENCYCLIDINE | NEGATIVE | AP |
| F | PROPOXYPHENE | NEGATIVE | AP |
| F | ALCOHOL, ETHYL (U) | NEGATIVE | AP |
| F | COMMENT | | AP |

THE SUBMITTED URINE SPECIMEN WAS TESTED AT THE LISTED CUTOFFS AND
CONFIRMED BY A SECOND INDEPENDENT CHEMICAL METHOD.

| DRUG CLASS | INITIAL TEST LEVEL |
|---|---|
| AMPHETAMINES | 1000 ng/mL |
| BARBITURATES | 300 ng/mL |
| BENZODIAZEPINES | 300 ng/mL |
| COCAINE METABOLITES | 300 ng/mL |
| MARIJUANA METABOLITES | 50 ng/mL |
| METHADONE | 300 ng/mL |
| METHAQUALONE | 300 ng/mL |
| OPIATES | 300 ng/mL |
| PHENCYCLIDINE | 25 ng/mL |

KLESS, JOHN J, M, 10/17/1969                                              Accession ID MR972452V

https://hcapsecwprgnp04.medcity.net/mobiledoc/jsp/catalog/xml/hl7/getLabResult.jsp?repor...    7/9/2019

| NAME | VALUE | LAB |
|---|---|---|
| PROPOXYPHENE | 300 ng/mL | |
| ETHANOL | .02 g/dL | |
| FASTING YES | | |
| FASTING YES | | |
| PERFORMING LAB AP Quest Diagnostics Atlanta 1777 Montreal Circle, Floor 2 Tucker GA, 30084-6802 Steven Sykes Ph.D. | | |

KLESS, JOHN J. M. 10/17/1969

Accession ID: MR972452V